518 A.2d 252

**COMMONWEALTH of Pennsylvania**

**v.**

**Michael Edwin JOHNSON, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 19, 1986.

Petition for Allowance of Appeal GRANTED, No. 95 W.D. Appeal Docket 1986.